IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


RAMON LAYER-ROSARIO, et al.    )
        )
v.        ) NO. 3-16-0628
        ) JUDGE CAMPBELL
ALLIED MORTGAGE CAPITAL    )
CORP., et al.    )


ORDER

Pending before the Court is Plaintiffs' Motion for a Temporary Restraining Order (Docket Nos. 16 and 17). The Court will hold a hearing on Plaintiffs' Motion on Friday, April 8, 2016, at 11:00 a.m. Plaintiffs and counsel for Defendants shall appear.

Defendants shall file a Response to Plaintiffs' Motion by 4:00 p.m. on Thursday, April 7, 2016.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE